

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2022

No. 04-21-00327-CV

**NETFLIX, INC.**; Netflix Worldwide Entertainment, LLC; Kyoko Miyake; Sarit G. Work; Samantha Knowles; Kate Gill; Jigsaw Productions, LLC; Muddy Waters Productions LLC; Alex Gibney; Philip Ross; Jo Ann Rivera; Laura A. Martinez; Brittany A. Martinez; Michelle C. Martinez; and Jose H. Martinez,
Appellants

v.

Tonya **BARINA**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI04501
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
             Irene Rios, Justice
             Beth Watkins, Justice

This case was most recently set for oral argument on Tuesday, June 28, 2022, at 9:00 a.m. One party's counsel has moved to continue due to illness. We grant the motion and withdraw the June 28, 2022 submission date. A new submission date will be forthcoming.

It is so **ORDERED** on June 27, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT